THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VENTURA, Appellant.

Submitted June 14, 2010; decided June 24, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

In the Matter of JAMES RICHES et al., Appellants, v NEW YORK CITY COUNCIL et al., Respondents.

Decided June 24, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]).

STONEBRIDGE CAPITAL, LLC, Appellant, v NOMURA INTERNATIONAL PLC, Respondent, et al., Defendants. NOMURA INTERNATIONAL PLC, Counterclaim Plaintiff-Respondent, v STONEBRIDGE CAPITAL, LLC, et al., Counterclaim Defendants, and J.R. 1042 INVESTOR, LLC, et al., Counterclaim Defendants-Appellants.

Submitted March 8, 2010; decided June 24, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.